No. 165. GLASS *v.* BENDIX AVIATION CORP. C. A. 3d Cir. Certiorari denied. *Leonard L. Kalish* for petitioner. *C. Brewster Rhoads, Joseph W. Swain, Jr.* and *Dexter N. Shaw* for respondent.

No. 171. TEITELBAUM *v.* CURTIS PUBLISHING Co. C. A. 7th Cir. Certiorari denied. *Abraham Teitelbaum,* petitioner, *pro se. Robert L. Stern* for respondent.

No. 172. JOHNSON, ADMINISTRATOR, *v.* LIVINGSTON. C. A. 4th Cir. Certiorari denied. *Henry H. Edens, Henry Hammer* and *Julian S. Wolfe* for petitioner. *N. Welch Morrisette, Jr.* for respondent.

No. 174. METZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *John Y. Brown* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 175. CONGRESS CONSTRUCTION CORP. *v.* UNITED STATES. Court of Claims. Certiorari denied. *John T. Koehler* and *John Paulding Brown* for petitioner. *Solicitor General Cox* and *Roger P. Marquis* for the United States.

No. 176. MARYDALE PRODUCTS Co., INC., *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Morris Wright* and *J. V. Ferguson II* for petitioner. *Solicitor General Cox, Dominick L. Manoli, Norton J. Come* and *Melvin Pollack* for respondent.